Clerk, U.S. District Court
Southern District of Texas
FILED

FEB 22 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER C-17-98 |
| | § | |
| TOMAS LOPEZ-PENA | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about January 25, 2017, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

TOMAS LOPEZ-PENA,

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully was present in the United States having been found at or near Brooks County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: Elsa Sal[signature]
ELSA SALINAS
Assistant United States Attorney