| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Corpus Christi |

Corpus Christi Division
Magistrate No.: C-17-78M

File: INDICTMENT

Filed: February 22, 2017

County: Brooks

LIONS #: 2017R01202

CR. No.: **C-17-98**

Judge: **JUDGE JOHN D. RAINEY**

Attorneys:

United States of America

v.

TOMAS LOPEZ-PENA

KENNETH MAGIDSON, U.S. ATTORNEY
ELSA SALINAS, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s): Ct. 1: Unlawfully found in the United States after being previously excluded, deported, and removed: 8 USC 1326(a) and 1326(b).

Penalty: Ct. 1: Not more than 20 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and, a $100 Special Assessment.

In Jail: XXX

On Bond: _____

No Arrest: _____